

**Catina & Mara, PLLC**

LAURA M. CATINA **
AMY M. MARA*

ALEJANDRA SILVA-EXIAS, Of Counsel‡
ANGELA PILLA SOARES, Of Counsel

*ADMITTED IN NEW YORK & NEW JERSEY
** ALSO ADMITTED IN PENNSYLVANIA
‡ ADMITTED IN NEW YORK & CONNECTICUT

WEB SITE: WWW.CATINAMARA.COM

SENDER'S EMAIL: LAURA@CATINAMARA.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/30/2024

3 E. Evergreen Rd., Suite 201 | New City, New York 10956 | T: (845) 709-8968 | F: (845) 709-8968

**MEMO ENDORSED**

July 15, 2024

<u>*Via ECF*</u>
Hon. Nelson Stephen Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    NDF1, LLC v. Joseph Baratta, et. al.
           <u>Southern District of New York, Case No. 7:24-cv-04009 (NSR)</u>

Dear Judge Román:

    We represent Defendants Joseph and Donna Baratta in the above-referenced matter, and it is in this capacity in which we write. We write to the Court to withdraw Defendant's demand for a jury trial. Should the Court need anything further from our office on this issue, please let us know.

    We thank the Court for its time and consideration of the foregoing.

                  Very truly yours,

                  CATINA & MARA, PLLC

                  By: _____
                        Laura M. Catina

cc:    Danielle Light, Esq.  *(Via Email)*

**In light of the instant letter, Plaintiffs' motion to strike Defendants' jury demand (ECF No. 12) is GRANTED. Defendants' request for a jury demand is hereby STRICKEN. The Clerk of Court is directed to terminate the motion at ECF No. 12.**

**Dated: July 30, 2024**
       **White Plains, NY**

SO ORDERED:

*/s/ Nelson S. Román*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

NEW YORK | NEW JERSEY | CONNECTICUT | PENNSYLVANIA